**VAN–077** Order Continuing 341 Meeting of Creditors – Rev. 04/17/2023

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Wilmington Division

IN RE:  
Charles Raymond Rogers 3rd  
( <u>known aliases</u>: *Raymond Rogers, Ray Rogers* )  
1626 NC Hwy 133  
Rocky Point, NC 28457

CASE NO.: 25–00687–5–DMW

DATE FILED: February 26, 2025

CHAPTER: 13

ORDER CONTINUING 341 MEETING OF CREDITORS

IT IS ORDERED that the section 341 meeting of creditors for Charles Raymond Rogers 3rd is continued.

DATE:     Thursday, May 1, 2025  
TIME:     09:30 AM  
PLACE:    Appear by Video – Meeting Information,, http://www.nceba.uscourts.gov/zoom341s

The hearing on confirmation will be held on:

DATE:     Wednesday, June 11, 2025  
TIME:     10:30 AM  
PLACE:    300 Fayetteville Street, 3rd Floor Courtroom, Raleigh, NC 27601

The movant must transmit a copy of this order to all parties and creditors, and a certificate of service must be filed with the court within three (3) days evidencing service.

DATED: April 7, 2025

David M. Warren<br>United States Bankruptcy Judge