**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WILMINGTON DIVISION**

IN RE:

| | |
|---|---|
| **CHARLES RAYMOND ROGERS, 3RD,** | **CASE NO. 25-00687-5-DMW** |
| | **CHAPTER 13** |
| **DEBTOR** | |

### TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**COMES NOW** S. Troy Staley, the Standing Chapter 13 Trustee in the Eastern District of North Carolina, duly appointed to administer the instant case ("Trustee"), and hereby objects to confirmation of the Chapter 13 Plan ("Plan") filed by Debtor for the following:

1. Debtor has failed to appear at the § 341(a) Meeting of Creditors or submit to an examination under oath as required by 11 U.S.C. § 343. Pursuant to 11 U.S.C. § 1324(b), a confirmation hearing may not be held until after the § 341 Meeting absent a finding by the Court that it would be in the best interest of the creditors and the estate for the hearing to be held earlier.

2. Debtor has not demonstrated an ability to make all payments under the plan, as required by 11 U.S.C. § 1325(a)(6), in that Debtor has failed to commence and/or maintain timely plan payments.

3. Debtor has failed to provide copies to the Trustee of the most recently filed Tax Returns in accordance with 11 U.S.C. §§ 521(e)(2)(A)(i), 1325(a)(1), and EDNC LBR 4002-1(a)(2).

**WHEREFORE**, the Trustee prays the Court to enter an Order:

1. Denying confirmation of the proposed Chapter 13 Plan; and,

2. For such other and further relief as the Court may deem just and proper.

3. In the alternative, the Trustee requests a hearing on the matter.

| | |
|---|---|
| This the 9th day of May, 2025. | /s/ S. Troy Staley |
| | S. TROY STALEY |
| | Chapter 13 Trustee |
| | N.C. State Bar No. 43229 |
| | Post Office Box 1618 |
| | New Bern, North Carolina 28563-1618 |
| | (252) 633-0074 |
| | chapter13@ednc13.com |

1

**CERTIFICATE OF SERVICE**

I, S. Troy Staley, do hereby certify that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on the date indicated herein below, I served copies of the foregoing **TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN** by depositing a copy of the same in a postage-paid envelope with the United States Postal Service or by electronic means, as indicated.

| | |
|---|---|
| Christian B Felden<br>*Attorney for Debtor* | (via CM/ECF) |
| Charles Raymond Rogers, 3rd<br>1626 NC Hwy 133<br>Rocky Point, NC 28457<br>*Debtor* | (via U.S. Postal Service) |

**DATED:** May 9, 2025

/s/ S. Troy Staley
S. TROY STALEY
Chapter 13 Trustee
N.C. State Bar No. 43229
Post Office Box 1618
New Bern, North Carolina 28563-1618
(252) 633-0074
chapter13@ednc13.com